UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:09CR165 CDP |
| TERRY GENTRY, | ) | |
| Defendant. | ) | |

## ORDER

As discussed with counsel in the telephone conference held this morning, it appears that defendant's medical condition remains uncertain, and so it is not known when he will be medically able to proceed with this case. Accordingly,

**IT IS HEREBY ORDERED** that the court will hold a telephone conference with counsel on **Thursday, July 9, 2009 at 2:30 p.m.** to discuss when defendant is expected to be able to proceed. This continues to be excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(A).

**IT IS FURTHER ORDERED** that defendant's conditions of bond are modified to add the condition that he not have access to any computers while on bond.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2009.